**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 8/10/2023

MARINA PEREZ,

                              **Plaintiff,**

        **-against-**

DAVID C. BANKS, et al.,

                              **Defendants.**

-------------------------------------------------------------------X

                             **23-CV-02966 (ALC)(SN)**

                                 **ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       Following the conference on August 9, 2023, the Court directs that the parties file a status letter on Tuesday, September 26, 2023. The letter should (1) notify the Court if the Administrative Record has been received and whether there is an application to file it under seal; (2) propose deadlines and procedures for any anticipated motion; and (3) if appropriate, report on any settlement discussions. If the parties believe a settlement conference would be productive, they may contact Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov.

**SO ORDERED.**

                            _____
                            SARAH NETBURN
                            United States Magistrate Judge

DATED:      August 10, 2023
               New York, New York