UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

MARINA PEREZ, as Parent and Natural Guardian of C.P., and MARINA PEREZ Individually,

                                           Plaintiffs,

-against-

DAVID C. BANKS, in his Official Capacity as the Chancellor of New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

                                           Defendants.

------------------------------------------------------------------------x

**NOTICE OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

23-cv-02966 (ALC) (SN)

**PLEASE TAKE NOTICE** that, upon the certified administrative record underlying the Complaint in this action (ECF No. 20), and the accompanying Defendants' Responses to Plaintiff's Local Rule 56.1 Statement, dated November 29, 2023, Defendants' Local Civil Rule 56.1 Statement of Material Facts Not in Dispute in Support of Their Cross-Motion, dated November 29, 2023, and Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment and in Support of Defendants' Cross-Motion for Summary Judgment, dated November 29, 2023, and all the papers and proceedings had herein, Defendants New York City Department of Education and its former Chancellor Meisha Porter, by their attorney, Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, will cross-move this Court, before the Honorable Magistrate Judge Sarah Netburn, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, Courtroom 219, New York, New York 10007, on a date and time to be determined by the Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, awarding Defendants summary

judgment and dismissing the Complaint in its entirety, and granting Defendants such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated September 27, 2023 (ECF No. 18), Plaintiff's opposition papers, if any, must be filed by December 21, 2023, and Defendants' reply, if any, must be filed by January 12, 2024.

Dated:   November 29, 2023
         New York, New York

                              HON. SYLVIA O. HINDS-RADIX
                              Corporation Counsel
                                  of the City of New York
                              *Attorney for Defendants*
                              100 Church Street
                              New York, New York 10007
                              (212) 356-0872

                        By: _____
                              Alfred Miller, Jr.
                              Assistant Corporation Counsel

TO:    Daniela Jampel, Esq.
        Rory J. Bellantoni
        Brain Injury Rights Group, Ltd.
        *Plaintiff's Counsel*
        (via ECF)