

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**ALFRED MILLER, JR.**
*Senior Counsel*
Phone: (212) 356-2392
AlfMille@law.nyc.gov

**BY EFC**

February 27, 2024

Honorable Sarah Netburn
United States Magistrate Judge,
Southern District of New York
40 Foley Square
New York, NY 10007

MEMO ENDORSED

Re:   Perez et al. v. Banks, et al., 23-cv-02966 (ALC) (SN)

Your Honor:

I am a Senior Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney representing Defendants David Banks as Chancellor of the New York City Department of Education and the New York City Department of Education (collectively "City Defendants") in the above-referenced matter.

I write to respectfully seek a 30-day extension—from February 29, 2024 to March 29, 2024—to serve and file the City's Reply to the Plaintiffs' Opposition to the Motion for Summary Judgement. This is the City Defendant's second request for an extension of time to file its reply. Counsel for the Plaintiffs have consented to this extension of time. The primary reason for the requested enlargement is due to professional obligations in other matters, including an emergency motion for contempt in a class action. No other deadlines are affected by this extension.

Accordingly, Defendants respectfully request that the Court grant an extension of time, until March 29, 2024, for Defendants to file their Reply to the Plaintiffs' Opposition to the Motion for Summary Judgement.

I thank the Court for consideration of this request.

SO ORDERED:

*[signature]*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: February 28, 2024
New York, NY

Respectfully submitted,

*[signature]*

Alfred Miller Jr.
*Senior Counsel*

cc:   **All Counsel by ECF**