**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

MARINA PEREZ, AND MARINA PEREZ,

                         Plaintiff,

-against-                       23 **CIVIL** 2966 (ALC)

**JUDGMENT**

DAVID C. BANKS, AND NEW YORK CITY
DEPARTMENT OF EDUCATION,

                         Defendants.

-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 26, 2024, Plaintiff's motion for summary judgment is hereby DENIED and Defendants' Cross-Motion for Summary Judgment is otherwise GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      September 27, 2024

                                                  DANIEL ORTIZ
                                                  **Acting Clerk of Court**

                           **BY:**

                                                  **Deputy Clerk**